■ SANDRA DUNCAN, as Temporary Administratrix of the Estate of DONALD E. LEWIS, Deceased, Appellant, v MOUNT ST. MARY'S HOSPITAL OF NIAGARA FALLS et al., Respondents. (Appeal No. 5.) [709 NYS2d 458] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Set Aside Verdict.) Present— Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ. [*See, Duncan v Mount St. Mary's Hosp.*, 176 Misc 2d 201.]